**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00986-CR

**PATRICK HENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-26946-T**

## ORDER

By letter dated August 20, 2015, the Court notified the trial court that it questioned the accuracy of the trial court's certification of appellant's right to appeal. Specifically, the certification states appellant waived his right to appeal, but nothing in the documents from the revocation proceedings show appellant waived his right to appeal. Additionally, the provisions of rule 25.2(a)(2) regarding plea bargain agreements and the right to appeal do not apply to probation revocation proceedings. *See Dears v. State*, 154 S.W.3d 610, 613–14 (Tex. Crim. App. 2005) Therefore, we asked the trial court to review and file, within ten days, either an amended certification of appellant's right to appeal or written verification, supported by documentation, that the current certification is correct. To date, we have had no response from the trial court to our letter.

Accordingly, we **ORDER** the trial court to file, within **TEN DAYS** of the date of this order, either an amended certification of appellant's right to appeal that accurately reflects the probation revocation proceeding or written verification, supported by documentation, that the certification on file from the revocation hearing is correct.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE